WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff, Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 6671 W. TROPICANA 103; and CASA MESA VILLAS HOMEOWNERS ASSOCIATION,<br><br>Defendant. | Case No.: 2:17-cv-01758-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO DEFENDANT SATICOY BAY LLC SERIES 6671 W. TROPICANA 103'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

COMES NOW Plaintiff Federal National Mortgage Association ("Fannie Mae") by and through its counsel of record, Dana Jonathon Nitz, Esq., and Christina V. Miller, Esq., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Saticoy Bay LLC Series 6671 W. Tropicana 103 ("Saticoy Bay"), by and through its counsel of record, Michael F. Bohn, Esq., and Adam R. Trippiedi, Esq., of the Law Offices of Michael F. Bohn, Esq., Ltd., and hereby stipulate and agree as follows:

WHEREAS, on June 26, 2017, Fannie Mae filed its Complaint for Quiet Title and Declaratory Relief against Saticoy Bay and the Casa Mesa Villas Homeowners Association (the "HOA"). ECF No. 1. Fannie Mae filed its First Amended Complaint on June 28, 2017. ECF No. 2.

1. WHEREAS, on October 11, 2917, Saticoy Bay filed a Motion to Dismiss. ECF No. 12.

2. WHEREAS, the current deadline for Fannie Mae to file its response to the Motion to
3. Dismiss is set for October 25, 2017.

4. WHEREFORE based on the foregoing,

5. IT IS HEREBY STIPULATED AND AGREED that the deadline for Fannie Mae to file
6. its response to the Motion to Dismiss should be extended from October 25, 2017, to November
7. 15, 2017.

8. IT IS SO STIPULATED.

| Dated this 16th day of October, 2017. | Dated this 16th day of October, 2017. |
|---|---|
| WRIGHT FINLAY & ZAK, LLP | LAW OFFICE OF MICHAEL F. BOHN, ESQ., LTD. |
| */s/ Christina V. Miller* | */s/ Michael F. Bohn* |
| Christina V. Miller, Esq. | Michael F. Bohn, Esq. |
| Nevada Bar No. 12448 | Nevada Bar No. 1641 |
| 7785 W. Sahara Ave., Suite 200 | 376 East Warm Springs Rd., Suite 140 |
| Las Vegas, NV 89117 | Las Vegas, NV 89119 |
| *Attorney for Plaintiff* | *Attorneys for Saticoy Bay* |

### ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Fannie Mae to file tis response to the Motion to Dismiss is extended to **November 15, 2017.**

**IT IS SO ORDERED.**

Date this  20th  day of  October , 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully submitted,
WRIGHT FINLAY & ZAK, LLP
*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff*