WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 6671 W. TROPICANA 103; CASA MESA VILLAS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01758-RFB-GWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION TO RESPOND TO SATICOY BAY LLC SERIES 6671 W. TROPICANA 103'S MOTION TO CERTIFY QUESTIONS TO THE NEVADA SUPREME COURT**<br>**[ECF NO. 46]** |

Plaintiff, Federal National Mortgage Association ("Fannie Mae"), by and through its attorneys of record. and Defendant, Saticoy Bay LLC Series 6671 W. Tropicana 103 ("Saticoy Bay"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on September 28, 2018, this Court stayed the above-referenced case pending decision from the Nevada Supreme Court regarding the state recording laws in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, Case No. 72010 (Nev. Submitted for Decision Sept. 13, 2018), and Onewest Bank FSB v. Holm Int'l Prop.'s, LLC, Case No. 72933 (Nev. Submitted for Decision Sept. 13, 2018). ECF No. 43.

WHEREAS, on December 17, 2018, the Nevada Supreme Court affirmed the judgment of the district court in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, and on December 20, 2018, the Nevada Supreme Court reversed and remanded the judgment of the district court in Onewest Bank FSB v. Holm Int'l Prop.'s, LLC.

WHEREAS, on January 10, 2019, the parties filed a Stipulation to lift the stay of litigation and to set the deadline to file dispositive motions. ECF No. 44.

WHEREAS, on January 11, 2019, the Court entered a Minute Order lifting the stay of litigation and setting the deadline to file dispositive motions to February 11, 2019. ECF No. 45.

WHEREAS, thereafter, on January 31, 2019, Saticoy Bay filed its Motion to Certify Questions to the Nevada Supreme Court. ECF No. 46.

WHEREAS, the current deadline to file a response to the Motion to Certify Questions is currently set for February 14, 2019.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the deadline for Fannie Mae to respond to the Motion to Certify Questions shall be extended from February 14, 2019, to February 28, 2019.

IT IS SO STIPULATED.

DATED this 7th day of February, 2019.     DATED this 7th day of February, 2019.

WRIGHT, FINLAY & ZAK, LLP     Law Office of Michael F. Bohn, Esq., Ltd.

*/s/ Christina V. Miller*     */s/ Michael F. Bohn*
Matthew S. Carter, Esq.     Michael F. Bohn, Esq.
Nevada Bar No. 9524     Nevada Bar No. 1641
Christina V. Miller, Esq.     Adam R. Trippiedi, Esq.
Nevada Bar No. 12448     Nevada Bar No. 12294
*Attorney for Plaintiff Federal National Mortgage Association*     *Attorneys for Defendant, Saticoy Bay LLC Series 6671 W. Tropicana 103*

**IT IS SO ORDERED.**

DATED: February 8, 2019.

RICHARD F. BOULWARE, II
United States District Judge