WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 6671 W. TROPICANA 103; CASA MESA VILLAS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01758-RFB-GWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPETING MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 51 AND 52]**<br><br>**[FIRST REQUEST]** |

Plaintiff, Federal National Mortgage Association ("Fannie Mae"), by and through its attorneys of record. and Defendant, Saticoy Bay LLC Series 6671 W. Tropicana 103 ("Saticoy Bay"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on September 28, 2018, this Court stayed the above-referenced case pending decision from the Nevada Supreme Court regarding the state recording laws in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, Case No. 72010 (Nev. Submitted for Decision Sept. 13, 2018), and Onewest Bank FSB v. Holm Int'l Prop.'s, LLC, Case No. 72933 (Nev. Submitted for Decision Sept. 13, 2018). ECF No. 43.

WHEREAS, on December 17, 2018, the Nevada Supreme Court affirmed the judgment of the district court in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, and on December 20, 2018, the Nevada Supreme Court reversed and remanded the judgment of the district court in Onewest Bank FSB v. Holm Int'l Prop.'s, LLC.

WHEREAS, on January 10, 2019, the parties filed a Stipulation to lift the stay of litigation and to set the deadline to file dispositive motions. ECF No. 44.

WHEREAS, thereafter, on January 31, 2019, Saticoy Bay filed its Motion to Certify Questions to the Nevada Supreme Court. ECF No. 46.

WHEREAS, on February 11, 2019, Fannie Mae and Saticoy Bay filed competing Motions for Summary Judgment. ECF Nos. 51 and 52, respectively.

WHEREAS, the current deadline to file a response to the competing dispositive motions (ECF Nos. 51 and 52) is currently set for March 4, 2019.

WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that the parties request a brief extension of the deadline to respond to the competing dispositive motions in light of the Motion to Certify and extensive legal arguments and issues raised by the competing dispositive motions. The Parties seek a brief extension of the deadline to respond to the competing dispositive motions from March 4, 2019, to March 11, 2019.

IT IS SO STIPULATED.

DATED this 4th day of March, 2019.  DATED this 4th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP  Law Office of Michael F. Bohn, Esq., Ltd.

*/s/ Christina V. Miller, Esq.*  */s/ Michael F. Bohn, Esq.*
Matthew S. Carter, Esq.  Michael F. Bohn, Esq.
Nevada Bar No. 9524  Nevada Bar No. 1641
Christina V. Miller, Esq.  Adam R. Trippiedi, Esq.
Nevada Bar No. 12448  Nevada Bar No. 12294
*Attorney for Plaintiff Federal National*  *Attorneys for Defendant, Saticoy Bay LLC*
*Mortgage Association*  *Series 6671 W. Tropicana 103*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 5th day of March, 2019.