WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>vs.<br><br>SATICOY BAY LLC SERIES 6671 W. TROPICANA 103; CASA MESA VILLAS HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.:  2:17-cv-01758-RFB-GWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 51 AND 52]**<br><br>**[FIRST REQUEST]** |

Plaintiff, Federal National Mortgage Association ("Fannie Mae"), by and through its attorneys of record. and Defendant, Saticoy Bay LLC Series 6671 W. Tropicana 103 ("Saticoy Bay"), by and through its attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on September 28, 2018, this Court stayed the above-referenced case pending decision from the Nevada Supreme Court regarding the state recording laws in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, Case No. 72010 (Nev. Submitted for Decision Sept. 13, 2018), and Onewest Bank FSB v. Holm Int'l Prop.'s, LLC, Case No. 72933 (Nev. Submitted for Decision Sept. 13, 2018).  ECF No. 43.

WHEREAS, on December 17, 2018, the Nevada Supreme Court affirmed the judgment of the district court in SFR Inv.'s Pool 1, LLC v. Green Tree Serv., LLC, and on December 20, 2018, the Nevada Supreme Court reversed and remanded the judgment of the district court in Onewest Bank FSB v. Holm Int'l Prop.'s, LLC.

1    WHEREAS, on January 10, 2019, the parties filed a Stipulation to lift the stay of

2    litigation and to set the deadline to file dispositive motions.  ECF No. 44.

3    WHEREAS, thereafter, on January 31, 2019, Saticoy Bay filed its Motion to Certify

4    Questions to the Nevada Supreme Court.  ECF No. 46.

5    WHEREAS, on February 11, 2019, Fannie Mae and Saticoy Bay filed competing

6    Motions for Summary Judgment.  ECF Nos. 51 and 52, respectively.

7    WHEREAS, the deadline for Fannie Mae to file a Reply in support of its Motion for

8    Summary Judgment [ECF No. 51] is currently set for March 18, 2019, and the deadline for

9    Saticoy Bay to file a Reply in support of its Motion for Summary Judgment [ECF No. 52] is

10   currently set for March 25, 2019.

11   WHEREFORE, based on the foregoing,

12   IT IS HEREBY STIPULATED AND AGREED that the parties request a brief extension

13   of the deadline to file a Reply in support of their respective Motion for Summary Judgment

14   from March 18, 2019 and March 25, 2019, respectively, to April 1, 2019.

15   IT IS SO STIPULATED.

16   DATED this 18th day of March, 2019.          DATED this 18th day of March, 2019.

17   WRIGHT, FINLAY & ZAK, LLP          Law Office of Michael F. Bohn, Esq., Ltd.

18
     /s/ Christina V. Miller                        /s/ Michael F. Bohn
19   Matthew S. Carter, Esq.                         Michael F. Bohn, Esq.
     Nevada Bar No. 9524                             Nevada Bar No. 1641
20   Christina V. Miller, Esq.                       Adam R. Trippiedi, Esq.
     Nevada Bar No. 12448                            Nevada Bar No. 12294
21   *Attorney for Plaintiff Federal National*       *Attorneys for Defendant, Saticoy Bay LLC*
     *Mortgage Association*                          *Series 6671 W. Tropicana 103*
22

23

24

25   **IT IS SO ORDERED.**

26   _____

27   RICHARD F. BOULWARE, II
     UNITED STATES DISTRICT JUDGE
28
     DATED this 19th of March, 2019.